UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONICA ANN DOERNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00902-JPH-TAB |
| | ) |
| ANDREW M. SAUL Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON AGREED MOTION TO REMAND**

The parties have filed an agreed motion for remand for further proceedings under sentence four of 42 U.S.C. § 405(g). Dkt. [17]. For the reasons in the motion, that motion is **GRANTED**. The Court reverses the Commissioner's decision and remands the case to the Commissioner for further administrative proceedings. *See* 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will allow Plaintiff a new hearing; evaluate Plaintiff's medical and other evidence; and determine whether she could perform her past relevant work or work that existed in the national economy, consistent with Agency regulations.

The Court will issue judgment accordingly.

**SO ORDERED.**

Date: 10/30/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Annette Lee Rutkowski
LAW OFFICE OF ANNETTE RUTKOWSKI LLC
Annetter@AnnetteAtty.com

Alison T. Schwartz
SOCIAL SECURITY ADMINISTRATION
alison.schwartz@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov