UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONICA ANN DOERNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00902-JPH-TAB |
| | ) |
| ANDREW M. SAUL Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court **ENTERS JUDGMENT** in favor of Plaintiff under Federal Rule of Civil Procedure 58. The Court **REVERSES** the Commissioner's decision and **REMANDS** this matter to the Agency for further proceedings under sentence four of 42 U.S.C. section 405(g).

Date: 10/30/2020

Roger A. G. Sharpe, Clerk

By: _Pam Pope_
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

Annette Lee Rutkowski
LAW OFFICE OF ANNETTE RUTKOWSKI LLC
Annetter@AnnetteAtty.com

Alison T. Schwartz
SOCIAL SECURITY ADMINISTRATION
alison.schwartz@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov